UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE JUSTICE ATWATER,<br><br>Defendant. | CASE NO. MJ24-466<br><br>COMPLAINT for VIOLATIONS |

BEFORE Mary Alice Theiler, United States Magistrate Judge, Seattle, Washington.

### COUNT 1
**(Possession of Machineguns)**

On or about June 23, 2024, in King County, within the Western District of Washington, ANDRE JUSTICE ATWATER did knowingly and unlawfully possess machineguns, that is, numerous Glock switch devices, parts designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 921(a)(24), and Title 26, United States Code, Section 5845(b).

The undersigned, Greg Tomlinson, complainant being duly sworn states:

Complaint - 1
*United States v. Atwater*
USAO No. 2024R00820

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I am a 30-year veteran of the Seattle Police Department (SPD). I was initially assigned as a patrol officer to the West and South Precincts and later assigned to the SPD Gang Unit as a Detective in 1999. As a detective, I investigated shootings, felony assaults, robberies, and other violent crimes. In 2005, I began serving as a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as part of their Violent Gangs Task Force. As I member of the task force, I investigated felony gun and narcotics crimes for federal prosecution. These investigations involved using confidential informants, undercover officers, and proactive street operations.

In 2015, I moved to the ATF's Crime Gun Task Force. This task force used the National Integrated Ballistic Information Network (NIBIN) system to forensically connect crime scenes involving firearms to assist in the identification of suspects. The task force would then locate and arrest these suspects. In 2019, I was assigned to the SPD Gun Violence Reduction Unit where I continued to investigate shootings and other firearm related crimes. In 2022, I was selected to be a member of the United States Marshal's Service Northwest Fugitive Apprehension Team. This task force has the responsibility of locating and arresting wanted federal and state fugitives.

I have written dozens of search warrants for firearms, cell phones, vehicles, and residences in furtherance of criminal investigations and have recovered useful information and evidence from these warrants in the past. I am familiar with firearms and have investigated numerous crimes involving firearms, including assaults, robberies, harassment, and unlawful possession.

This affidavit is made based upon my personal knowledge, training, experience, and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel. This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include every fact known to me concerning this investigation.

//
/
//

Complaint - 2
*United States v. Atwater*
USAO No. 2024R00820

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF PROBABLE CAUSE

On June 23, 2024, at 12:29 a.m., SPD officers responded to the area of 8th Avenue South and South King Street for a reported shooting offense. Officers contacted two male victims hunched over in pain. One of the men appeared to have a gunshot would on his upper back and the other had an apparent gunshot would on the right side of his ribcage. One of the victims stated that prior to the shooting a green light from a firearm laser illuminated his clothing. He pointed to the open window of an apartment unit in the building located at 410 8th Avenue South as the location from which he saw the green laser emanate. Officers determined that this was Unit 4 in the building.

Officers contacted the resident of Unit 3, who stated that he had seen his neighbor in Unit 4 with firearms in the past, including one with a green laser. This witness also stated that, in the past, his neighbor shot at people with a BB gun out of his apartment window when he believed they were prowling his vehicle. The witness described the neighbor in Unit 4 as a light-skinned black or Hispanic male who lived with a female partner and a small child.

Officers then knocked on Unit 4 and the door was answered by A.K., Atwater's finance and mother of his child. A.K. claimed to know nothing about a shooting and stated that Atwater was "at work." A.K. gave officers consent to search the apartment for the shooting suspect.

As officers entered the apartment, they noticed multiple guns in plain view and an open gun safe with approximately 15 guns inside. There was a rifle style weapon leaning up against the open window where the shots came from; this was later determined to be a high-powered BB gun. As the officers entered one of the bedrooms, they located Atwater hiding inside a closet. He was placed under arrest for the assault/shooting. The apartment was then secured pending application for a search warrant, which was granted a few hours later by a King County Superior Court Judge.

During the execution of the warrant, officers discovered that one of the apartment's two bedrooms had been converted to a work room with a 3D printer, a large drill press machine, milling and other tools, and numerous firearms and firearm parts.

Complaint - 3
United States v. Atwater
USAO No. 2024R00820

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Among other things, officers recovered from this room: a 9mm handgun with a green laser sight (hidden in a laundry hamper); two bags full of Glock switch devices (approximate count of 100); approximately 16 unserialized privately manufactured handguns and four unserialized semiautomatic rifles (commonly referred to as "ghost guns"); a few serialized rifles; 24 AK47 magazines, 10 Glock magazines, and assorted other magazines; two suspected firearm silencers (pending forensic testing); several boxes of ammunition; and various other firearm parts, including numerous lower receivers for pistols and rifles, firearm frames, and grips. On the wall of this room was posted a Washington State business license for the Gaston & Stoner Corporation, d/b/a Gun Craft HQ. According to records of the Washington Secretary of State, Andre Atwater is the registered agent for this business.



Weapons recovered from apartment



Gun safe in apartment with unserialized firearms

I know based on my training and experience that 3D printers and drill presses are commonly used to manufacture firearms and firearm parts. I also know that Glock switch devices are designed to attach to the slide of a Glock-style semiautomatic pistol. The Glock switch makes the pistol capable of automatic fire; that is, firing multiple rounds with one pull of the trigger at a rate of up to five rounds per second. This is the only use for a Glock switch. As such, Glock switch devices meet the definition of a "machinegun"

Complaint - 4  
*United States v. Atwater*  
USAO No. 2024R00820

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

under Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), because they are "parts designed and intended solely and exclusively for use in converting a weapon into a machinegun."



3D printer and accessories for making gun parts.



Manufacturing equipment for firearms



Bags of Glock switch devices



Two Glock switch devices

Con
*United States v. Atwater*
USAO No. 2024R00820

700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On July 31, 2024, I interviewed A.K. She explained that all of the firearms, firearms parts, and related machinery/tools that were in their apartment belonged to Atwater. A.K. stated that Atwater is extremely interested in and knowledgeable about firearms and has tattoos of firearms on his arms. A.K. confirmed that the business of Gaston & Stoner Corporation, d/b/a Gun Craft HQ, was established by Atwater. A.K. claimed not to have any knowledge of the specifics of Atwater's firearm manufacturing and/or trafficking activities.

## CONCLUSION

Based on the foregoing facts, I respectfully submit that there is probable cause to believe that ANDRE JUSTICE ATWATER committed the offense alleged in this Complaint.

_____
GREG TOMLISON
Detective, Seattle Police Department

The above agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit. Based on the Complaint and the sworn statement, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 6th day of August, 2024.

_____
The Honorable Mary Alice Theiler
United States Magistrate Judge

Complaint - 6
United States v. Atwater
USAO No. 2024R00820

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970