# Exhibit 1

Dear Judge Robart,

I am sorry i am here before you now.
I know its because i have made mistakes,
and lacked good judgement. I know in the
wrong hands these items are very dangerous
to our community. I have always wanted to
be a productive member of our community. However
i made a bad mistake that affected not only
our community but my family. That also
Caused me to miss the birth of my only
duaghter and miss her first steps and first birthday.
I now know that i never want to do
anything that could harm the community. I
have had 18 months to think of my actions
and what i can do to make sure nothing like
this will ever happen again. I have always
been a very proud American and i see my
actions have let down my fellow Americans.
As a child i was very interested in firearms,
When i started collecting my biggest concern was
Firearm Safety and discipline. Firearms became
my special interested, i was very interested with how they
worked and functioned. It relaxing for me and was
able to find peace at a very difficult time in my
life. I was 23 and responsible for providing for 3
People, my 2 children and my fiancé while managing

Exhibit 1, p. 1

Epilepsy and Autism/ADHD. Epilepsy affected me daily, i only have seizures at night in my sleep so often i would stay awake scared to go to sleep. Then i would be tired in the morning. Autism now knowing i infact Autistic explains a lot. I hope once released i will start working again to provide for my family. I also will be more active in church and bible study. I will get certified to become a welder as that seems to fit me and my interests. My support will be my family and that is also the single most important thing to me. I want to make my family proud and be a role model for my children. I understand my actions were dangerous and harmful and having that many firearms in a small place with babies was very irresponsible of me to do. Thank you very much for taking time out of your day to read this, i hope this gives you the chance to see me and the things i have gone through, the mistakes I've made, and how i have learned from them and how it has made me a better person and a better American. Thank you very much again, have a great day and God bless.

-André Atwater